**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Archer Aviation Inc., <br><br>                 Plaintiff, <br><br>         v. <br><br>  Vertical Aerospace Ltd. and Vertical Aerospace Group Ltd., <br><br>                 Defendants. | Civil Action No. 2:26-cv-00149 <br><br> JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Archer Aviation Inc. ("Archer"), files this Complaint for patent infringement against Vertical Aerospace Ltd. and Vertical Aerospace Group Ltd. (collectively, "Vertical" or "Defendants") and hereby alleges, upon actual knowledge with respect to itself and its own acts and upon information and belief as to all other matters:

**NATURE OF THE ACTION**

1.      This is a civil action arising out of Vertical's infringement of Archer's design and utility patents under the Patent Act, including, but not limited to, 35 U.S.C. §§ 271 and 289. After Archer invested years and substantial resources to develop and patent the distinctive industrial design and aircraft systems technology embodied in its award-winning Midnight eVTOL aircraft, Vertical abandoned its prior design and, in December 2025, unveiled the Valo—a product that copies Archer's patented design and technology to compete in the U.S. market.

2.      Archer is a leading American aerospace company headquartered in San Jose, California, with a growing U.S. manufacturing footprint that includes a recently-built factory in Covington, Georgia. Since its founding, Archer has relentlessly focused on its mission to design,

build, and commercialize revolutionary electric vertical takeoff and landing ("eVTOL") aircraft. Archer's eVTOL aircraft are electric-powered aircraft that can take off and land vertically like a helicopter, cruise horizontally like an airplane, or operate between the two in any combination.

3.    Vertical Aerospace Group Ltd. is an aviation company based in the United Kingdom that develops eVTOL aircraft to compete with Archer. In December 2025, Vertical revealed its "Valo" eVTOL aircraft. The design of Valo was a significant departure from Vertical's prior eVTOL aircraft design and now, suddenly, mimics the unique visual product identity of Archer's "Midnight" eVTOL. By copying Archer's design, Vertical has infringed Archer's design patents, including at least (1) U.S. Patent No. D1,062,878 ("the D878 patent") and (2) U.S. Patent No. D1,067,164 ("the D164 patent") (collectively, the "Asserted Design Patents").[1] As depicted below, Vertical's infringement is readily apparent from a visual comparison of the overall appearance of the Valo to Archer's patented designs.

| Archer's D878 Patent | Defendant's Infringing Product |
|---|---|
|  | |

---

[1] The Asserted Design Patents are attached hereto as Exhibits A and B.





FIG. 3

4.    Archer brings this suit to protect the novel and award-winning design of its Midnight eVTOL, which was developed by Archer inventors through careful, brilliant design work, and to stop Vertical infringing its patented designs.

5.    Vertical's infringement of Archer's intellectual property extends beyond the infringement of Archer's design patents. Vertical's recent promotion of its Valo model in New York City[2] and its upcoming event in Miami[3] demonstrates that Vertical is infringing Archer's other patented technology as well, including at least U.S. Patent No. 11,945,597 ("the '597 patent" or the "Asserted Utility Patent").[4] Archer also brings this suit to stop Vertical's infringement of Archer's utility patents.

---

[2] Vertical debuted its full scale Valo aircraft at the Classic Car Club in New York City on January 23, 2026, kicking off Vertical's United States tour of its new aircraft design. The U.S. tour announcement highlighted Vertical's partnership with American Airlines and Vertical's plans for air travel routes in the New York City area. *Vertical Aerospace Brings Valo to New York, Outlining Plans for Electric Air Taxi Routes*, Vertical Aerospace (Jan. 21, 2026), https://vertical-aerospace.com/wp-content/uploads/2026/01/Vertical-Aerospace-Brings-Valo-to-New-York-Outlining-Plans-for-Electric-Air-Taxi-Routes.pdf.

[3] Vertical Aerospace, *Valo Public Viewing | Miami*, LinkedIn, https://www.linkedin.com/events/7429202610445983745/ (last visited Feb. 16, 2026).

[4] The '597 patent is attached hereto as Exhibit C.

6.      Archer has not authorized Vertical to use Archer's patented designs or inventions. Instead, Vertical is using Archer's patented designs and inventions without authorization, thus infringing on Archer's patent rights.

7.      Vertical's infringement must be enjoined to stop Vertical's unauthorized and unfair use of Archer's patented designs and technology going forward.

## PARTIES

8.      Plaintiff Archer Aviation Inc. is a corporation existing under the laws of the State of Delaware with an address at 190 W. Tasman Drive, San Jose, CA, 95134.

9.      Defendant Vertical Aerospace Ltd. ("VAL") is an exempted company with limited liability organized under the laws of the Cayman Islands with an address for its corporate headquarters at Unit 1 Camwal Court, Chapel Street, Bristol BS2 0UW, United Kingdom. VAL is the parent company of Vertical Aerospace Group Ltd.

10.     VAL's agent for service of process in the United States is Cogency Global Inc., whose address is 122 East 42nd Street, 18th Floor, New York, New York 10168.

11.     Defendant Vertical Aerospace Group Ltd. ("VAGL") is a private limited company organized under the laws of England and Wales with an address for its corporate headquarters at Unit 1 Camwal Court, Chapel Street, Bristol BS2 0UW, United Kingdom. VAGL develops and commercializes eVTOL aircraft for VAL. VAGL is a wholly owned subsidiary of VAL.

## JURISDICTION AND VENUE

12.     This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

13.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

14.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c), and 1400(b), because VAL is organized under the laws of the Cayman Islands and, as a foreign

corporation, may be sued in any judicial district in the United States in which it is subject to the court's personal jurisdiction. *See In re HTC Corp.*, 889 F.3d 1349, 1357 (Fed. Cir. 2018). Likewise, VAGL is organized under the laws of England and Wales and, as a foreign corporation, may be sued in any judicial district in the United States in which it is subject to the court's personal jurisdiction. *See id*.

15.     This Court has personal jurisdiction over VAL under Federal Rule of Civil Procedure 4(k)(2), because VAL is organized under the laws of the Cayman Islands. This Court also has jurisdiction over VAL because VAL has committed, or will commit immediately and imminently, an act of patent infringement under 35 U.S.C. § 271 and intends a future course of conduct that includes acts of patent infringement in Texas. These acts will lead to foreseeable harm and injury to Archer in Texas. For example, VAL will, directly or through its affiliates, make, use, import, sell, and/or offer for sale its Valo aircraft in the United States, including in Texas, before the expiration of the Asserted Design Patents and/or Asserted Utility Patent.

16.     Alternatively, this Court has personal jurisdiction over VAL because at least one provision of the Texas long-arm statute, Tex. Civ. Prac. & Rem. Code Ann. § 17.042, is satisfied. On information and belief, VAL satisfies at least § 17.042(1) ("contracts by mail or otherwise with a Texas resident and either party is to perform the contract in whole or in part in [Texas]") and § 17.042(2) ("commits a tort in whole or in part in [Texas]").

17.     This Court also has personal jurisdiction over VAGL under Federal Rule of Civil Procedure 4(k)(2), because VAGL is organized under the laws of England and Wales. This Court also has jurisdiction over VAGL because VAGL has committed, or will commit immediately and imminently, an act of patent infringement under 35 U.S.C. § 271 and intends a future course of conduct that includes acts of patent infringement in Texas. These acts will lead to foreseeable harm

6

and injury to Archer in Texas. For example, VAGL will, directly or through its affiliates, make, use, import, sell, and/or offer for sale its Valo aircraft in the United States, including in Texas, before the expiration of the Asserted Design Patents and/or Asserted Utility Patent.

18.    Alternatively, this Court has personal jurisdiction over VAGL because at least one provision of the Texas long-arm statute, Tex. Civ. Prac. & Rem. Code Ann. § 17.042, is satisfied. On information and belief, VAGL satisfies at least § 17.042(1) ("contracts by mail or otherwise with a Texas resident and either party is to perform the contract in whole or in part in [Texas]") and § 17.042(2) ("commits a tort in whole or in part in [Texas]").

19.    For example, in 2021, American Airlines—headquartered in Fort Worth, Texas—announced a substantial investment in Vertical. The investment included a commitment by American Airlines to pre-order up to 350 aircraft,[5] "representing a potential pre-order commitment of $1 billion." The announcement also revealed American Airline's $25 million investment in Vertical.[6] Vertical shared in a Q2 2022 Shareholder Letter that American Airlines had committed to a pre-delivery payment to secure the delivery slots of the first 50 of Vertical's VX4 aircraft. In a recent press release announcing the U.S. debut of the Valo aircraft, Vertical advertised that it has "pre-orders of Valo, with customers across four continents, including American Airlines . . . ."[7]

20.    For at least these reasons, this Court has personal jurisdiction over Vertical.

---

[5] *Vertical Order Book*, Vertical Aerospace, https://vertical-aerospace.com/order-book/ (last visited Feb. 16, 2026).
[6] *American Airlines Invests in the Future of Urban Air Mobility*, American Airlines News (June 10, 2021), https://news.aa.com/news/news-details/2021/American-Airlines-Invests-in-the-Future-of-Urban-Air-Mobility-FLT-06/default.aspx.
[7] *Vertical Aerospace Brings Valo to New York, Outlining Plans for Electric Air Taxi Routes*, Vertical Aerospace (Jan. 21, 2026), https://vertical-aerospace.com/wp-content/uploads/2026/01/Vertical-Aerospace-Brings-Valo-to-New-York-Outlining-Plans-for-Electric-Air-Taxi-Routes.pdf.

## ARCHER AVIATION AND ITS MIDNIGHT EVTOL AIRCRAFT

21.     Archer was founded in October 2018 with the goal of finding the most efficient path to commercializing this new category of aircraft. Archer was inspired to find ways to move the world toward sustainable forms of transport. To achieve this goal, Archer assembled a world-class engineering and design team.[8]

22.     Archer's revolutionary eVTOL aircraft design has attracted an enviable list of investors. To date, Archer has raised approximately $3.8 billion in equity capital and has billions in orders for its Midnight eVTOL aircraft—including a $1.5 billion conditional order from United Airlines, which was the only deal of its kind at the time and a testament to the market's early confidence in Archer's engineering ability and business future, and the eagerness of the industry to invest in both. The Robb Report applauded Archer's "smart business model and even smarter aircraft promise" in leading the eVTOL industry.[9]

23.     Through its focused product design and development efforts, Archer has become a breakthrough success and a leader in the emerging eVTOL market and is revolutionizing air travel. United Airlines and Archer have already announced numerous planned commercial electric air taxi routes in the U.S., including in and around New York City, San Francisco Bay Area, Los Angeles, and Miami, with the goal of cutting commutes in the cities from over an hour to around ten minutes.

---

[8] *Company*, Archer, https://archer.com/company (last visited Feb. 16, 2026).
[9] Michael Verdon and Nicole Hoey, *The Best in Aviation of the Year, From Pivotal's Helix to Boom's Supersonic XB-1*, Robb Report (June 12, 2025), https://robbreport.com/motors/aviation/lists/2025-best-aviation-1236748651/supersonic-boom-xb-1/.

24.    Archer is at the forefront of technology and design in the eVTOL industry. For context, some history. The skies have long been dominated by traditional fixed wing aircraft and helicopter designs such as pictured below:

**Fixed Wing & Helicopter Designs**

 



*Fixed Wing Aircraft Designs*





*Helicopter Designs*

25.    VTOL aircraft were first introduced in the 1950s, with eVTOL designs arriving after the turn of the century. Prior eVTOL and tiltrotor designs (including designs from Archer and Vertical) generally included an upright stance with a focus on function and airworthiness:

**Conventional eVTOL Designs**




*EHang EH216-S*              *Wisk Aero Z-P1*



*Archer's Maker (first generation eVTOL)*

26.    Tiltrotor eVTOL aircraft, like Archer's Maker, include tiltable rotors that enable both vertical takeoff and landing and higher speed cruise depending on the tilt angle. Vertical's initial VA-X4 tiltrotor design was consistent with other tiltrotor eVTOLs at the time, having an upright stance similar to the Supernal S-A1 and the Joby S4 2.0, shown below:



*Supernal S-A1*



*Vertical Aerospace VX4*



*Joby S-4 2.0*

**Archer's Revolutionary Midnight Design**

27.     After the release of Archer's first eVTOL aircraft, Maker, Archer established a large in-house design team in the United States seeking to "literally reinvent how an aircraft is designed." Unlike other aircraft companies, industrial design is at the forefront of Archer's product development process. Archer welcomed Vice President of Design & Innovation, Julien Montousse in late 2020, following his nearly two decades of design experience in the automotive industry. Mr. Montousse has explained that there are "many eVTOL players out there, but a lot of them are missing design maturity." Archer's focus on industrial design not only distinguishes it from its competitors but makes its aircraft emotionally appealing and recognizable.[10]

28.     Archer's industrial designers work alongside Archer's engineers to bring the design vision to life. Archer's design process is a collective effort between engineering and industrial design teams working hand-in-hand to achieve a final product that is "visually stunning." Archer has explained that "it aim[s] to foster an emotional connection between passengers and the aircraft" by "seamlessly marrying aerospace engineering with top-tier design, harmonizing functionality with emotion."[11] Archer's teams recognize that there is a "healthy kind of tension and pressure" between their engineering and industrial design teams to "see what you can do" with the design of the aircraft.[12]

---

[10] Laura Burstein, *Car Design Review X: Julien Montousse*, Car Design News (Jan. 17, 2024), https://www.cardesignnews.com/designers/car-design-review-x-julien-montousse-archer/45073.article.

[11] *Notable Transportation Award Core 77 Design Awards 2024*, Core 77 Design Awards https://designawards.core77.com/Transportation/127868/Midnight.html (last visited Feb. 16 2026).

[12] Archer, *Achieving Midnight's iconic look*, LinkedIn post (Mar. 26, 2025) https://www.linkedin.com/posts/flyarcher_achieving-midnights-iconic-look-required-activity-7310339512079921154-RGL7/?utm_source=share&utm_medium=member_desktop&rcm=ACoAAAwtii4BJj-amtSm8X9TYHFSjVhqMWdIo7I.

*Early Midnight Design Sketch*

29.    In addition to using the industry-standard Computer-Aided Design ("CAD") program to develop its prototypes, Archer's industrial design team carves airplane models in clay to better visualize and refine their desired vision. Refining clay models by hand allows Archer's industrial designers to generate a "tangible emotional connection" with their customers by optimizing the overall shape and integrating critical design details into a visually advanced and readily identifiable overall aircraft design.

30.    The use of 3D clay modeling is a widely used technique employed by all leading automotive design studios on a global basis. Such modeling is central to the creation of fluidity in design.[13] But hand-mediated shape development using physical clay modeling is a costly, complex, and time-intensive effort uncommon in the aircraft development space. By using physical three-dimensional clay modeling, the Archer industrial design team was able to deliver to the marketplace a distinctive, complete aircraft shape that is uniquely linked to the brand of the company. Achieving this objective is especially important for the initial introduction of a flagship

---

[13] Liu et al., *Neural Processing Differences of Facial Emotions Between Human and Vehicles: Evidence from an Event-Related Potential Study*, Front Psychol., Vol. 7, No, 13 (July 2022), https://pmc.ncbi.nlm.nih.gov/articles/PMC9302361/.

product, like Archer's Midnight, that brings a revolutionary mode of air transportation into global aviation marketplace.



*Archer designer sculpts the outer skin in clay by hand "to generate a tangible emotional connection with our customers."*[14]

31.  Archer began developing its Midnight aircraft in 2020. Over the course of several years, Archer employed a team of over twenty industrial designers, invested over ten of thousands of manhours and tens of millions of dollars to bring Midnight's industrial design to life.

32.  Since introducing Midnight in November 2022, the predominant focus of the company has been to build and develop this concept into a fully functioning aircraft certified for safe commercial use by regulatory authorities in the U.S., Middle East, and other countries. Since Midnight's introduction in 2022, Archer has already announced over $5B in conditional orders and invested over $1.5B in operating expenses to build and promote Midnight as its central brand identity across the world.

33.  Following years of investment and development focused on both innovative technology and industrial design, Archer debuted its Midnight eVTOL model in November 2022.

---

[14] *Introducing Midnight*, Archer, https://archer.com/aircraft (last visited Feb. 16, 2026).

At its unveiling, lead designer, Mr. Montousse, reiterated Archer's vision of "creating a new way of living and to inspire people." He explained to the crowd that Archer's approach to designing the Midnight was entirely different from that of its competitors, carrying out Archer's vision of emphasizing product identity and uniqueness. Mr. Montousse explained that Archer had to "develop a unique design expression to make air travel more personal."



*Julien Montousse speaking to the crowd at the Midnight's public unveiling.*[15]

34.    In line with Archer's human-centered approach to aircraft design, the Midnight aircraft was designed to tell a story. The Midnight's design expression embodies numerous distinctive features, intending to be "evocative of a bird poised for flight." As Mr. Montousse explained, "[t]he aircraft had to be beautiful, achieving beauty through fluid surfaces that connect

---

[15]    Archer, *Midnight Production eVTOL Aircraft Unveil*, YouTube (Nov. 18, 2022) https://www.youtube.com/watch?v=gVjIhMynYKU.

emotionally with users." By looking like "it can fly beautifully," the aircraft "inspires confidence and draws the passengers in."[16]





*Archer's Midnight Aircraft (same design in two different exterior finishes)*

35.    The unique features of the Midnight design not only emphasize Archer's commitment to brand identity and visual appeal but also break from other eVTOL aircraft designs. Midnight creates the impression of confidence, stability, and stealth. Its front "face" is easily

---

[16] Laura Burnstein, *Car Design Review X: Julien Montousse*, Car Design News (Jan. 17, 2024), https://www.cardesignnews.com/designers/car-design-review-x-julien-montousse-archer/45073.article.

recognizable, with its front profile seamlessly integrating the nose gear. The profile of the wing and the distinct V-tail bring harmony to the design, mirroring the landing's gears conveyance of balance. Indeed, Midnight's design team explained that "obviously the tail could take many different shapes," but the team chose this design specifically to "have a sense of holistic design."

36.    Following its debut in late 2022, Midnight caught the industry's attention, earning multiple design awards, including the 2023 MUSE Design Awards "Transportation Design of the Year."[17] The MUSE Design Awards recognize "excellent and original design work from across the globe," with a mission to "honor, celebrate, and elevate outstanding design innovators." Midnight was also the Platinum Design Award winner in the 2023-2024 Aerospace and Aircraft Design Award Category of the A'Design Award and Competition.[18] Midnight was further recognized with a "Notable Transportation Award" at the 2024 Core77 Design Awards.[19] These prestigious awards recognize "exceptional design and innovation" in the field of aircraft design—further cementing Midnight's status as a first-of-its kind eVTOL aircraft design. Within the last year, Archer's Midnight was also awarded the "Best Electric Aircraft of the Year" by Robb Report,[20] which is "the leading voice in global luxury" and recognizes the world's "finest products,

---

[17] *Archer's Midnight eVTOL Aircraft Wins Transportations Design of the Year Award*, Archer (Dec. 21, 2023) https://investors.archer.com/news/news-details/2023/Archers-Midnight-eVTOL-Aircraft-Wins-Transportation-Design-of-the-Year-Award/default.aspx.

[18] *Archer Aviation Midnight Evtol*, A'Design Award & Competition https://competition.adesignaward.com/gooddesign.php?ID=154977#:~:text=Midnight%20Evtol%20is%20Platinum%20Design,and%20Aircraft%20Design%20Award%20Category.&text=Midnight%20is%20an%20exceptional%20fusion,to%20enhancing%20the%20passenger%20experience (last visited Feb. 16, 2026).

[19] *Notable Transportation Award Core 77 Design Awards 2024*, Core 77 Design Awards https://designawards.core77.com/Transportation/127868/Midnight.html (last visited Feb. 16, 2026).

[20] Michael Verdon and Nicole Hoey, *The Best in Aviation of the Year, From Pivotal's Helix to Boom's Supersonic XB-1*, Robb Report (June 12, 2025) https://robbreport.com/motors/aviation/lists/2025-best-aviation-1236748651/supersonic-boom-xb-1/.

experiences and adventures."[21] The Robb Report specifically commended Archer's "future-forward look."[22]

37.    Midnight's success is recognized across society as well. Norwegian DJ and musician Kygo and pop singer Ava Max showcased the Midnight in their music video for Ava Max's single "Whatever" released in January 2024.

 

*Midnight promoted in music video for "Whatever" single.[23]*

38.    In early 2025, the Washington Post named Mr. Goldstein, Archer's CEO, one of the Post's Next50 People Shaping Our Society in 2025.[24]

39.    Archer has also established strategic relationships with major transportation and aerospace players, including United Airlines, the United States Air Force, Southwest Airlines Co.,

---

[21] *Company Profile*, Robb Report, https://robbreport.com/company-profile/ (last visited Feb. 16, 2026).
[22] Michael Verdon and Nicole Hoey, *The Best in Aviation of the Year, From Pivotal's Helix to Boom's Supersonic XB-1*, Robb Report (June 12, 2025) https://robbreport.com/motors/aviation/lists/2025-best-aviation-1236748651/supersonic-boom-xb-1/.https://robbreport.com/motors/aviation/lists/2025-best-aviation-1236748651/supersonic-boom-xb-1/.
[23] Kygo, Ava Max, *Whatever (Official Video)* YouTube (January 19, 2024) https://www.youtube.com/watch?v=ZDZiXmCl4pk.
[24] Lori Aratani, *Next in Business & Tech: Adam Goldstein*, Washington Post, https://www.washingtonpost.com/post-next/interactive/2025/?itid=sr_1_bc1f26f1-3c39-47e6-a535-69f0737d1e53#adam-goldstein (last visited Feb. 16, 2026).

and Anduril Industries, Inc. For example, the United States Air Force accepted delivery of the first Midnight for an assessment in August 2024, under a contract worth up to $142 million.[25]

40.     In early June 2025, Archer completed its first piloted flight in Salinas, California, with chief test pilot Jeff Greenwood at the helm, he flew at speeds of 125 mph and altitudes of over 1,500 feet, and he performed a conventional takeoff and landing as part of a test.[26] By August 2025, Midnight had successfully completed a 55-mile piloted flight.[27]

41.     Archer continues to be a leader in the eVTOL industry, becoming among the first of its competitors to progress through the first two stages of its type certification program with the Federal Aviation Administration (FAA).

42.     This recognition did not go unnoticed. In May 2025, Archer was selected to be the exclusive Air Taxi partner for the Los Angeles Olympic and Paralympic Games.[28]

43.     In addition to the numerous awards and industry recognition, Archer continued to advance and showcase its design to the industry and public, completing a 7,000-foot flight test in September 2025.[29] Then in November 2025, Archer showcased its Midnight design by flying Midnight in the UAE leading up to the Dubai Airshow. In December 2025, Archer partnered with

---

[25] Jack Daleo, *Air Force Receives First Archer Midnight Air Taxi*, Flying Magazine (Aug. 15, 2024) https://www.flyingmag.com/modern/air-force-receives-first-archer-midnight-air-taxi/.

[26] *Archer Showcases Piloted Midnight Flight As It Advances To Next Phase of Flight Test Program*, Archer (June 2, 2025), https://news.archer.com/archer-showcases-piloted-midnight-flight-as-it-advances-to-next-phase-of-flight-test-program.

[27] *Archer Aviation's Midnight eVTOL completes 55-mile piloted flight*, Military + Aerospace Electronics (Aug. 19, 2025), https://www.militaryaerospace.com/home/news/55310565/archer-aviations-midnight-evtol-completes-55-mile-piloted-flight.

[28] *Archer Selected as the Official Air Taxi Provider of the LA28 Olympic and Paralympic Games and Team USA in Exclusive Deal*, LA28.org (May 15, 2025), https://la28.org/en/newsroom/archer-selected-as-official-air-taxi-provider-of-la28-games.html.

[29] *Archer's Midnight eVTOL Achieves 7,000-foot Milestone*, Am. Institute of Aeronautics and Astronautics (Sept. 24, 2025), https://aiaa.org/2025/09/24/archers-midnight-evtol-achieves-7000-foot-milestone/.

cities across the United States as a part of the White Houses' eVTOL Integration Pilot Program (eIPP) which enables Archer to submit applications to launch electric air taxi services in these cities.[30]

## VERTICAL AND THE VALO

44.     Vertical is an aviation company headquartered in United Kingdom that develops eVTOLs to compete with Archer. Vertical's first eVTOL design was its VA-1X aircraft, which debuted in 2017.



*Vertical VA-1X eVTOL.[31]*

45.     Then, in 2020, Vertical unveiled its new VA-X4 which is also referred to as the VX4.[32]

---

[30] *Archer Moves to Launch Trials In U.S. Cities Under White House Executive Order as DOT Unveils National AAM Strategy*, Archer (Dec. 17, 2025), https://news.archer.com/archer-moves-to-launch-trials-in-u.s.-cities-under-white-house-executive-order-as-dot-unveils-national-aam-strategy.
[31] *Vertical Aerospace Reveals 'VA-1X' Air Taxi, Targets 2024 for Commercial Operations*, Avionics Int'l (Aug. 26, 2020), https://www.aviationtoday.com/2020/08/26/vertical-aerospace-reveals-va-1x-air-taxi-targets-2024-commercial-operations/.
[32] *Vertical Unveils VX4 Mockup*, Electric VTOL News (Dec. 20, 2021), https://evtol.news/news/vertical-unveils-vx4-mockup.



*Vertical VA-4X eVTOL[33]*

46.     Vertical described the VA-X4 based on its capabilities rather than noting any aspects of its design. In Vertical's own words, "[t]he VX4 is projected to be capable of transporting a pilot and up to four passengers, traveling distances of over 100 miles, and achieving top speeds to over 200 miles per hour, while producing minimal noise and zero operating emissions."

47.     The VA-X4 was designed in collaboration with Of My Imagination ("OMI"), a London-based industrial design studio that focuses on "micro-mobility, transport interiors, electric vehicles, and spacecraft – each crafted with a detailed focus on practicality and foresight."[34] According to OMI, the VA-X4 was designed to "create a cohesive and impactful brand presence" and to reflect "Vertical's bold and modern identity."[35]

---

[33] *Vertical Aerospace has gone into a higher gear*, AirInsight Gear (June 11, 2021), https://airinsight.com/vertical-aerospace-has-gone-into-a-higher-gear/
[34] *Transport Focused Industrial Design Studio*, OMI, https://ofmyimagination.com/info (last visited Feb. 16, 2026).
[35] Vertical Aerospace -> VX4, OMI, https://ofmyimagination.com/project/vertical-vx4/ (last visited Feb. 16, 2026).

48.    Vertical began testing its VA-X4 prototype in September 2022, after receiving Certification for its "Permit to Fly" from the United Kingdom's Civil Aviation Authority.[36] According to Vertical, this test marked Step Four of its six-stage flight test program:



*Vertical's "six-stage flight test programme"*[37]

49.    Through its testing program, Vertical was primarily focused on certifying the VA-X4 by 2025 and building an "aircraft that will carry a pilot and four passengers[,] and . . . have a range of up to 100 miles with the ability to cruise at speeds of around 150 miles per hour, with a top speed of 200 miles per hour."[38]

50.    Vertical completed phase 1 testing in 2024.[39] Concurrently, Vertical was also constructing a new "identical" prototype with a higher power to weight ratio to increase the speed

---

[36] *Vertical Aerospace becomes the first British company in 20 years to lift with a new aircraft*, Vertical Aerospace (Sept. 26, 2022), https://vertical-aerospace.com/wp-content/uploads/2023/11/Vertical-Aerospace-becomes-the-first-British-company-in-20-years-to-lift-off-with-a-new-aircraft.pdf.
[37] *Id.*
[38] *Id.*
[39] *Vertical's new VX4 prototype completes Phase 1 of piloted testing*, Vertical Aerospace (Sept. 12, 2022), https://vertical-aerospace.com/wp-content/uploads/2024/09/Vertical-completes-Phase-1-of-testing.pdf.

of the aircraft. This "next-generation" VA-X4, depicted below, debuted in July 2024.[40] Vertical continued its testing of the VA-X4 throughout 2025.



*VA-X4 July 2024 Prototype*[41]

51.    Four years after its initial release of the VA-X4, Vertical pivoted from its original design and released a very different design for its eVTOL aircraft, the Valo, on December 10, 2025, three years after Archer's Midnight aircraft debut. Despite the extensive and thorough testing that Vertical had completed on its initial VA-X4 model, Vertical elected to release a markedly different design, one that closely mimicked the award-winning, visual design of the Archer Midnight aircraft.

52.    Abandoning its previous industrial design of the VA-X4, Vertical adopted a completely redesigned wing and propeller system and a different (larger) frame for its new Valo design–while keeping most, if not all, of the systems engineering already built in the VX4.

---

[40] *Vertical Aerospace unveils most advances and powerful full-scale VX4 prototype ahead of flight test programme*, Vertical Aerospace (July 18, 2024), https://vertical-aerospace.com/wp-content/uploads/2024/07/Vertical-Aerospace-Unveils-Advanced-VX4-Prototype.pdf.
[41] *Id*.

Whereas the VA-X4 had been described in reference to its power, speed, and capabilities, Domhmal Slattery, the Chair of Vertical, described the newly-designed Valo as having a "passenger-first design," one that is "bigger, safer and more capable than anything in the sector."[42] In other words, the Valo was redesigned to visually copy Archer's design and make a roomier aircraft, but the basic engineering principles to be used in Valo were part of the ongoing development of VX4.[43] As a part of the release of Valo, members of the public could view the Valo at a launch event on December 10, 2025 in the United Kingdom. Vertical also hosted a public open house event in Canary Wharf to see the Valo.[44]

---

[42] *Vertical Aerospace Unveils Valo – The eVTOL Aircraft Set to Redefine Urban Air Mobility and Usher In A New Era of Flight*, Vertical Aerospace (Dec. 10, 2025), https://vertical-aerospace.com/wp-content/uploads/2025/12/Vertical-Aerospace-unveils-Valo-the-eVTOL-aircraft-set-to-redefine-urban-air-mobility-and-usher-in-a-new-era-of-flight-1.pdf.

[43] *Id*. ("Valo is the aircraft that succeeds Vertical's VX4 prototype - with a new, more advanced design . . . Valo introduces a more aerodynamic airframe, an under-floor battery system, redesigned wing and propeller architecture, upgraded materials, and full certifiable redundancy.")

[44] *Id*.



53.    In its initial promotional video, Vertical touted that the Valo is "not a concept, it's here."[45]

54.    Once again, Vertical collaborated with OMI to develop the Valo.[46] Unlike the VX4's focus on Vertical's brand identity, OMI explains that the Valo "presents a friendly, modern presence in the sky with cutting-edge design [by] work[ing] closely with engineering to shape the exterior around the required aerodynamics, landing gear architecture, cabin spatial studies and batteries."[47] In Vertical's own words, "Valo is the aircraft that succeeds Vertical's VX4 prototype

---

[45] Vertical Aerospace, *Valo – Our New model aircraft transforming urban travel*, YouTube (Dec. 10, 2025), https://www.youtube.com/watch?v=SDnAJoGfrB0
[46] *Vertical Aerospace -> Valo*, OMI, https://ofmyimagination.com/project/vertical-aerospace-valo/ (last visited Feb. 16, 2026).
[47] *Id.*

– with a new more advanced design" one that is "bigger" and "introduces a more aerodynamic airframe" and whose "flexible design enables expansion."[48]

55.    Almost immediately following the Valo debut, people noticed similarities between the Valo and Archer's Midnight Design. At least two Instagram users who commented on Valo's posts noted Vertical's mimicry of Archer's patent-protected visual design:



56.    Other users took to X to comment on the striking similarities between the designs:

48 *Vertical Aerospace Unveils Valo – The eVTOL Aircraft Set to Redefine Urban Air Mobility and Usher In A New Era of Flight*, Vertical Aerospace (Dec. 10, 2025), https://vertical-aerospace.com/wp-content/uploads/2025/12/Vertical-Aerospace-unveils-Valo-the-eVTOL-aircraft-set-to-redefine-urban-air-mobility-and-usher-in-a-new-era-of-flight-1.pdf.



57.    Others commented on Vertical's YouTube video announcement of the Valo:



58.    Vertical also engaged in new technical partnerships to develop improvements to the next generation of VX4, now to be marketed as the Valo aircraft. For example, Vertical announced

its partnership with Evolito to supply the eight electric propulsion units ("EPUs") that will power its Valo.[49]

59.    The Valo is further controlled by Compact-Fly-By-Wire ("cFBW") supplied by Honeywell.[50] The cFBW represents the "brains of the aircraft" by relying on "electronic processing technology to provide an electronic replacement of manual flight controls in a package smaller than a hardcover book."[51]

60.    Honeywell also provides Vertical with inceptors for its aircraft. These hand controllers allow pilots to "maneuver the aircraft by providing inputs to the flight control computer."[52]

61.    Systems such as those supplied to Vertical by Evolito and Honeywell are used to control the system commands of an aircraft.

62.    To date, Vertical continues to promote and use its infringing Valo design in the United States. In January 2026, Vertical debuted the Valo in the United States at a Kick-Off Event

---

[49] *Vertical Aerospace selects Evolito as electric propulsion unit partner for Valo*, Vertical Mag (Feb. 5, 2026), https://verticalmag.com/press-releases/vertical-aerospace-selects-evolito-as-electric-propulsion-unit-partner-for-valo/.

[50] *Vertical Aerospace Partners with Honeywell to Transform Transportation*, Honeywell, https://prod-edam.honeywell.com/content/dam/honeywell-edam/aero/en-us/products/cabin-and-cockpit/avionics/flight-management-systems/compact-fly-by-wire-flight-control-system/documents/hon-aero-n61-2399-000-000-to-transform-transportation-vertical-aerospace-partners-with-honeywell-en.pdf?download=false (last visited Feb. 16, 2026).

[51]        *Compact        Fly-By-Wire        Control        System*,        Honeywell, https://www.unmannedsystemstechnology.com/company/honeywell/compact-fly-by-wire-control-system/ (last visited Feb. 16, 2026).

[52] *Vertical Aerospace, Honeywell expand partnership to bring VX4 eVTOL to market*, Vertical Mag (May 8, 2025), https://verticalmag.com/press-releases/vertical-aerospace-honeywell-expand-partnership-to-bring-vx4-evtol-to-market/.

in New York City on January 23.[53] Vertical next plans to display the Valo in Miami from February 24-25, 2026.[54]

63.    Vertical also applied its infringing design to at least an additional, miniature model, which it displayed at the Singapore Airshow in February 2026.[55]



---

[53] *Vertical Aerospace Brings Valo to New York, Outlining Plans for Electric Air Taxi Routes*, Vertical Aerospace (Jan. 21, 2026), https://vertical-aerospace.com/wp-content/uploads/2026/01/Vertical-Aerospace-Brings-Valo-to-New-York-Outlining-Plans-for-Electric-Air-Taxi-Routes.pdf.

[54] Vertical Aerospace, *Valo Public Viewing | Miami*, LinkedIn, https://www.linkedin.com/events/7429202610445983745/ (last visited Feb. 16, 2026).

[55] Vertical Aerospace, *Posts*, LinkedIn, https://www.linkedin.com/company/vertical-aerospace-ltd/posts/ (last visited Feb. 16, 2026).

64.     Vertical has also had over 1,500 pre-orders for the Valo to various airlines in the United States, Europe, and Asia.[56] Vertical's website indicates, for example, that Vertical has made approximately 350 sales to American Airlines and is actively taking pre-orders through Vertical's Order Book.[57]



65.     Vertical is promoting potential flight paths and prices for passengers of the Valo in cities where Vertical has showcased the Valo.[58] These flight paths highlight the difference in travel time for passengers taking the Valo compared to cars or rail.[59] For instance, in anticipation of its upcoming display in Miami, Vertical is promoting the various flight paths and travel times that

---

[56] *Vertical Aerospace Unveils Valo – The eVTOL Aircraft Set to Redefine Urban Air Mobility and Usher In A New Era of Flight*, Vertical Aerospace (Dec. 10, 2025), https://vertical-aerospace.com/wp-content/uploads/2025/12/Vertical-Aerospace-unveils-Valo-the-eVTOL-aircraft-set-to-redefine-urban-air-mobility-and-usher-in-a-new-era-of-flight-1.pdf.

[57] *Vertical Order Book*, Vertical Aerospace, https://vertical-aerospace.com/order-book/ (last visited Feb. 16, 2026).

[58] *Journey Calculator*, Vertical Aerospace, https://vertical-aerospace.com/journey-planner/ (last visited Feb. 16, 2026); 1010wins, Instagram (Jan. 23, 2026), https://www.instagram.com/reel/DT3DjjQE6I9/?hl=en.

[59] *Id.*

Valo could provide for consumers across commercial, leisure, and retail areas in Miami to showcase "the future of urban and inter-city travel."[60] According to Vertical's CEO Stuart Simpson, "Valo offers a new way to experience Miami - turning time lost in traffic into time gained. Imagine landing near Fort Lauderdale and reaching your tee time without touching I-95. Leaving Miami for Palm Beach after lunch and being back for sunset." Simpson touts that Valo is "designed around the passenger." Vertical's sales and promotional activity have infringed, and are continuing to infringe, Archer's patent rights.

---

[60] Vertical Aerospace brings Valo to Miami, showcasing the future of electric inter-city travel, Vertical Aerospace (Feb. 18, 2026), https://vertical-aerospace.com/wp-content/uploads/2026/02/Vertical-Aerospace-brings-Valo-to-Miami-showcasing-the-future-of-electric-inter-city-travel.pdf





## Coastal corridor
Miami to Palm Beach

**MIA ↔ PBI | ~65 miles | ~36 mins**
A predictable alternative to a 90+ minute drive, connecting South Florida's two most dynamic coastal hubs.



## Premium event access
Opa Locka to Watson Island

**Watson Island ↔ OPF | ~15 miles | ~9 mins**
Connecting South Florida's busiest private aviation hub to the region's closest landing zone to Miami Beach - ideal for major events, cruise departures and waterfront.



## Business and lifestyle corridor
Boca to Watson Island

**Boca ↔ Watson Island | ~42 miles | ~23 mins**
Connecting Boca's business, golf and residential communities with Miami Beach.



## Regional city link
Miami to Fort Lauderdale

**MIA ↔ FLL | ~21 miles | ~13 mins**
Connecting Miami and Fort Lauderdale's business districts, cruise terminals and aviation hubs in under 15 minutes.

**Vertical**

Press Release   18 February 2026                    **2**

### THE ASSERTED DESIGN PATENTS

66.     Archer is proud of its innovative designs, which are a product of significant time and investment by Archer to create recognizable, human-centered aircraft design. Archer protected this endeavor by filing for design patents before unveiling Midnight to the public in November

2022. Archer is the assignee of an entire portfolio of U.S. design patents, protecting the entire aircraft design of Midnight, including its fuselage, wings, and tail designs.

67.    Both Asserted Design Patents predate Vertical's release of the Valo. The D164 patent, which issued from U.S. Design Patent Application No. 29/848,856, ("the '856 application), was filed on August 5, 2022. The D878 patent claims priority to the '856 application and thus shares the same priority date. The D878 patent issued on February 18, 2025, and the D164 patent issued a month later, on March 18, 2025.



*Figure 1, U.S. Design Patent Application No. 29/848,856*

68.    The D878 patent claims the overall visual impression of the Midnight V-tail and fuselage design. Archer designers Julien Montousse, Niki James Smart, Nicolas Rousseau, Young-Joon Suh, Erik Seatre, Julien Thiebaud, Geoffrey Bower, Giovanni Droandi, Spencer Fugal, Christoper Heath, Alexander Haas, Dev Gorur Rajnarayan, Nischint Rajmohan, Jenner Grey Richards, and Bernardo Augusto de Oliveira Vieira are all inventors listed on the D878 patent. The D878 patent was lawfully assigned to Archer Aviation on January 13, 2025, which is recorded at

the USPTO under Reel 069845, Frame 0597 (with a corrective assignment recorded on May 20,

2025 at the USPTO under Reel 71989, Frame 0957).

69.    The D878 patent is valid and enforceable. The D878 patent claims a new, original,

and ornamental design for an aircraft, as shown in **Exhibit A**. Figures 3, 5, and 7 are reproduced

below. The solid lines indicate the claimed design, while the broken lines of even length form no

part of the claimed design:



**FIG. 3**

*Figure 3, D878 patent*



6/7

FIG. 7

*Figure 7, D878 patent*



FIG. 5

*Figure 5, D878 patent*

70.    The D164 patent claims the overall visual impression of the Midnight V-tail, fuselage, and wing design. Archer designers Geoffrey Christien Bower, Niki James Smart, Alexander Oliver Haas, Spencer Robert Fugal, Jenner Grey Richards, Nischint Rajmohan, Giovanni Droandi, Dev Gorur Rajnarayan, Bernardo Augusto de Oliveira Vieira, Julien Montousee, Nicolas Rousseau, Young-Joon Suh, Erik Seatre, and Julien Thiebaud are all listed as inventors on the D164 patent. The D164 patent was lawfully assigned to Archer Aviation on August 30, 2022 and April 4, 2024, and recorded at the USPTO at Reel 71355, Frame 0482 and Reel 71172, Frame 0356 (with a corrective assignment recorded on May 20, 2025 at the USPTO under Reel 71172, Frame 0356).

71.    The D164 patent is valid and enforceable. The D164 patent claims a new, original, and ornamental design for an aircraft, as shown in **Exhibit B**. Figures 3, 5, and 7 are reproduced below. The solid lines indicate the claimed design, while the broken lines of even length form no part of the claimed design.



*Figure 5, D164 patent*

36



**FIG. 5**

*Figure 5, D164 patent*



FIG. 7

*Figure 7, D164 patent*

72.     The D878 and D164 patents are enforceable and presumed valid under 35 U.S.C. § 282(a).

## THE ASSERTED UTILITY PATENT

73.     Archer is highly innovative and has invested significantly in developing technologies to push the bounds of eVTOL tiltrotor aircraft technology, including technologies implemented in Midnight. Archer has applied for and received utility patents to protect these innovations, including patents directed to eVTOL aircraft and battery configurations, power distribution, flight control systems, and propulsion systems.

74.     The '597 patent captures one of Archer's patented technologies. It is entitled "Systems and Methods for Control Allocation for Electric Vertical Take-off and Landing Aircraft," and names Geoffrey C. Bower, Nansi Xue, Alan Chen, Benjamin Goldman, and Nathan Depenbusch as inventors. The '597 patent was duly issued by the USPTO on April 2, 2024.

75.     Archer is the owner and assignee of all right, title, and interest in the '597 patent, including the right to sue and recover for infringement thereof. A true and accurate copy of the '597 Patent is attached as Exhibit C. The assignment for the '597 patent is recorded at the USPTO under Reel 55566, Frame 0866 (with a corrective assignment recorded on February 18, 2026, at the USPTO).

76.     The '597 patent addresses several technical problems arising in the field of eVTOL aircraft and battery configurations, power distribution, flight control systems, and propulsion systems. As one non-limiting example, prior electric aircraft control architectures were ill-suited to manage over-actuated propulsions systems comprising numerous electric propulsion units that simultaneously affect multiple force and moment axes. The '597 patent explains that eVTOL aircraft often include "more actuator degrees of freedom than there are movement degrees of freedom," creating a control allocation problem that is more complex than traditional aircraft.

Exhibit C, 1:31-43. Existing approaches fail to dynamically and quantitatively distribute control effort among these actuators while accounting for competing constraints such as uneven battery depletion and excessive acoustic noise, resulting in inefficient energy usage, increase noise, and degraded performance. Exhibit C, 1:43-67, 2:1-7.

77.     The '597 patent provides an unconventional, technical solution to these problems by determining actuator control commands through an optimization-based control allocation framework. The patented methods and systems solve an optimization problem that prioritizes meeting desired force and moment commands while incorporating secondary objectives, including balancing energy draw across electrically isolated battery packs and minimizing noise generated by the electric propulsion units. Exhibit C, 2:8-21, 3:26-40, 6:66-7:22. The '597 patent further discloses dynamically adjusting preferred operating states and penalty terms based on monitored battery states. Exhibit C, 3:43-62, 12:23-40.

78.     The '597 patent claims a method of controlling an electric aircraft that comprises a plurality of actuators that includes a plurality of electric propulsion units and a plurality of battery packs that power the plurality of electric propulsion units. The method comprises receiving desired force and moment commands for the electric aircraft, monitoring energy states of the plurality of battery packs, wherein at least a first battery pack of the plurality of battery packs is electrically isolated from at least a second battery pack of the plurality of battery packs, determining control commands for the plurality of actuators based on the desired force and moment commands by solving an optimization problem that comprises an energy balance term for balancing energy draw of the electric propulsion units according to the monitored energy state of the plurality of battery packs, and controlling the plurality of actuators according to the determined control commands to meet the desired force and moment commands of the electric aircraft.

79.    The '597 patent also claims a system for controlling an electric aircraft that comprises a plurality of actuators that includes a plurality of electric propulsion units, the system comprising one or more processors, memory, and one or more programs stored in the memory. The system receives desired force and moment commands for the electric aircraft, monitors energy states of the plurality of battery packs, wherein at least a first battery pack of the plurality of battery packs is electrically isolated from at least a second battery pack of the plurality of battery packs, determines control commands for the plurality of actuators based on the desired force and moment commands by solving an optimization problem that comprises an energy balance term for balancing energy draw of the electric propulsion units according to the monitored energy state of the plurality of battery packs, and controls the plurality of actuators according to the determined control commands to meet the desired force and moment commands of the electric aircraft.

80.    The '597 patent is valid and enforceable.

81.    Vertical is not licensed by Archer under the '597 patent for any purpose.

## INJURY TO ARCHER, ITS RIGHTS, AND THE PUBLIC

82.    By copying Archer's patented designs, Vertical has unfairly benefited from Archer's hard-earned industrial design innovations. Vertical's unauthorized use of Archer's designs violates Archer's patent rights. The relevant ordinary observer, giving such attention as the purchaser usually gives, would find the two designs are substantially the same, having such a resemblance as to deceive that ordinary observer. Indeed, as stated above, members of the aerospace and aviation industry (from whom the purchasers of the aircraft will likely come) have already commented on Vertical's mimicry of Archer's Midnight design, and the similarities between Archer's Midnight design (and by extension Archer's patented designs) and Vertical's Valo. Moreover, Vertical's own press establishes that through its Valo design, it is striving to appeal to its aircraft purchaser's end passenger-customers as well, by promoting Valo's travel time,

its storage capacity, its cabin size, and its noise levels. Thus, the ordinary purchaser would be end-users and customers seeking commuter services to transport them. Nonetheless, the perceptions of lay persons and end-consumers influence the decisions and opinions of intermediary commercial buyers. The reaction from those in the eVTOL community confirms how Vertical has and will continue to undermine Archer's unique brand and designs.

83.    Archer has optimized its overall aircraft visual design and shape to convey the serious impression of stability, reliability, and quality—not only to members of the aerospace and aviation industry, but also to passengers who choose to fly in an eVTOL aircraft, thus giving passengers a high degree of confidence in the Midnight aircraft. Archer uses visual design as a methodology to convey to members of the aerospace and aviation industry, as well as prospective passengers, that Midnight is a success. A prospective passenger or purchaser of flight services, giving such attention as that person usually gives, would find Vertical's Valo design substantially the same as Archer's patented Midnight design, and thus Vertical is further infringing the Asserted Design Patents.

84.    Vertical has knowingly, willfully, and in reckless disregard leveraged and exploited the substantial goodwill and reputation associated with Archer's patented designs. Through its willful misappropriation of those rights, Vertical obtained a substantial unfair competitive advantage by foregoing and freeriding on Archer's significant investments in time and expense that contributed to Archer's highly prized and innovative product. As a direct and proximate result of Vertical's infringement, Archer has suffered and will continue to suffer irreparable loss, including but not limited to, its brand recognition, confusion of its product identity, income and profits.

85.     Vertical has also infringed Archer's patented eVTOL technology, including the '597 patent. Vertical's infringement of the '597 patent has caused and will continue to cause substantial harm to Archer. Archer invested years of research, development, testing, and significant financial resources to develop the patented control allocation systems and methods claimed in the '597 patent, which address critical challenges unique to safe, efficient, and quiet operation of eVTOL aircraft. By incorporating and using Archer's patented control system in the Valo aircraft, without authorization, Vertical has wrongfully appropriated the benefits of Archer's technological innovations while avoiding the time, expense, and risk associated with independent development. Vertical's infringement has deprived Archer of the exclusive right to control the use of its patented technology, diminished the competitive advantage conferred by the '597 patent, and impaired Archer's ability to differentiate its aircraft on the basis of performance, safety, efficiency, and noise reduction. As a direct and proximate result of Vertical's infringing conduct, Archer has suffered and will continue to suffer competitive injury, lost business opportunities, and monetary harm.

86.     Vertical's unauthorized promotion, advertising, and use of the infringing Valo eVTOL aircraft design has irreparably harmed, and, if permitted to continue, will further irreparably harm Archer, its intellectual property rights, and its reputation in the eVTOL and aerospace industries. Vertical's unlawful acts have also damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure the public, which has an interest in being free of deception.

**COUNT I:**
**Infringement of the D878 Patent Under 35 U.S.C. §§ 271, 289**

87.     Archer repeats and incorporates by reference all prior allegations above.

88.     In the eye of the ordinary observer, familiar with the prior art, giving such attention as a purchaser of Vertical's Valo aircraft would usually give, the design of the D878 patent and the design of Vertical's Valo aircraft and variations are substantially the same, such that the ordinary observer would be deceived into believing that the design of Vertical's Valo aircraft is the same as the design of the D878 patent.[61]

89.     Vertical has directly infringed and continues to infringe the D878 patent by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States the Valo aircraft and/or models thereof embodying the design of the D878 patent, without authority or license from Archer. Additionally, Vertical has infringed and continues to infringe the D878 patent by applying the patented design, or a colorable imitation thereof, to an article of manufacture, such as the Valo aircraft and/or models thereof, for the purpose of sale and/or by selling, offering, or exposing for sale an article of manufacture, such as the Valo aircraft, to which the design of the D878 patent or a colorable imitation thereof has been applied. Vertical's actions violate 35 U.S.C. §§ 271(a) and 289.

**COUNT II:**
**Infringement of the D164 Patent Under 35 U.S.C. §§ 271, 289**

90.     Archer repeats and incorporates by reference all prior allegations above.

91.     In the eye of the ordinary observer, familiar with the prior art, giving such attention as a purchaser of Vertical's Valo aircraft would usually give, the design of the D164 patent and the design of Vertical's Valo aircraft and variations are substantially the same, such that the

---

[61] Claim charts detailing Verticals design patent infringement of the D878 patent are attached hereto as Exhibit D.

ordinary observer would be deceived into believing that the design of Vertical's Valo aircraft is the same as the design of the D164 patent.[62]

92.     Vertical has directly infringed and continues to infringe the D164 patent by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States the Valo aircraft and/or models thereof embodying the design of the D164 patent, without authority or license from Archer. Additionally, Vertical has infringed and continues to infringe the D164 patent by applying the patented design, or a colorable imitation thereof, to an article of manufacture, such as the Valo aircraft and/or models thereof, for the purpose of sale and/or by selling, offering, or exposing for sale an article of manufacture, such as the Valo aircraft, to which the design of the D164 patent or a colorable imitation thereof has been applied. Vertical's actions violate 35 U.S.C. §§ 271(a) and 289.

### COUNT III:
### Infringement of the '597 Patent Under 35 U.S.C. § 271

93.     Archer repeats and incorporates by reference all prior allegations above.

94.     Vertical's Valo aircraft meets all limitations of one or more claims of the '597 patent, including at least claim 12. *See* Exhibit F ('597 patent Claim Chart).

95.     Vertical has directly infringed, and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims of the '597 patent by making, using (both commercially and in testing), offering to sell, selling, and/or importing its Valo aircraft within the United States in violation of 35 U.S.C. ¶ 271(a). *See* Exhibit F.

96.     Vertical actively monitors Archer's patent portfolio and is aware of patents issued to Archer that are likely to be infringed, and is already on notice to all publicly available

---

[62] Claim charts detailing Vertical's design patent infringement of the D164 patent are attached hereto as Exhibit E.

information on Archer patents, including the patents asserted in this complaint. For example, Vertical "anonymously" challenged 4 of Archer EP patents or applications[63] before issuance. Vertical then disclosed its identity and filed two oppositions to Archer patents, presumably because it is concerned about infringing those patents.[64]

97.    Vertical knows or is willfully blind to the fact that the use of its Valo aircraft constitutes infringement of one or more claims of the '597 patent. For example, Vertical is aware of Archer's patent portfolio because Archer's patents and pending applications are regularly cited as prior art to Vertical's own patent applications, including WO2025052121 to Altouq and WO2026013415 to Cornborough. Specifically, in the specification of WO2026013415, Vertical included a detailed discussion of WO2022159975, which is the international counterpart of and claims priority to the application leading to the '597 patent. At a minimum, Vertical is aware of the '597 patent and its infringement at least as of the filing of this Complaint.

98.    Vertical has also induced, and continues to induce, others to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '597 patent within the United States in violation of 35 U.S.C. § 271(b). *See* Exhibit F ('597 patent Claim Chart). Vertical has instructed and continues to instruct users (such as pilots and aircraft operators) to use its Valo aircraft in an infringing manner through, without limitation, product documentation or instructions. Vertical knows and has known or seeks to remain willfully blind to the fact that its actions would induce and continue to induce users of its Valo aircraft to infringe the '597 patent. And as a result

---

[63] Vertical filed "anonymous" third-party observations during examination of Archer patents EP4371877B1, EP4368505B1, and EP4368506B1, as well as pending application no. EP24165244.5.
[64] Vertical filed oppositions to Archer patents EP4153483B1 and EP4368506B1.

of Vertical's inducement, users of its Valo aircraft have infringed and continue to infringe the '597 patent.

99.     Vertical has also contributed, and continues to contribute, to the infringement, literally and/or under the doctrine of equivalents, of one or more claims of the '597 patent by others within the United States in violation of 35 U.S.C. § 271(c). *See* Exhibit F ('597 patent Claim Chart). Vertical has imported, sold, offered for sale, and/or continued to sell, offer for sale, and/or import, its Valo aircraft and/or components thereof, which constitute material parts of the '597 patent's invention. Vertical knew and knows that these products were especially made for use in infringing one or more claims of the '597 patent given that they are not a staple article or commodity of commerce and have no substantial non-infringing use.

100.     Vertical's infringement of the '597 patent is willful. Vertical has been aware of Archer and its patent portfolio. Vertical disregarded and continues to disregard the objectively high likelihood that its actions infringe. At a minimum, Vertical has knowledge of the '597 patent as of the filing of this Complaint. Vertical has continued to engage in infringing activity despite knowledge of the '597 patent.

101.     Archer has been damaged by Vertical's infringement of the '597 patent and will continue to be damaged unless Vertical is enjoined by this Court. Archer has suffered and continues to suffer irreparable injury for which there is no adequate remedy at law. The balance of hardships favors Archer, and the public interest is not disserved by an injunction. Archer is also entitled to monetary damages in an amount adequate to compensate for Vertical's infringement, but in no event less than a reasonable royalty for the use made of the invention by Vertical.

## PRAYER FOR RELIEF

WHEREFORE, Archer respectfully requests entry of judgment against Defendants Vertical on each and every claim for relief as set forth above and award it relief, including the following:

A.      A judgment in favor of Archer that Vertical has infringed the Asserted Design Patents;

B.      A judgment in favor of Archer that Vertical has infringed, directly and/or indirectly and is infringing, either literally and/or under the doctrine of equivalents, the Asserted Utility Patent;

C.      An Order permanently:

1.      restraining and enjoining Vertical; its officers, agents, servants, attorneys, and employees; and any other persons who are in active concert or participation with any of them, from further acts of infringing the Asserted Design Patents and/or the Asserted Utility Patent including, but not limited to, making, importing, promoting, offering, or exposing for sale, or selling the Valo aircraft, models, and prototypes thereof, as well as any other products with designs substantially the same as the claimed design of the Asserted Design Patents and/or any other products embodying the claims of the Asserted Utility Patent until after the expiration date of the Asserted Design Patents and Asserted Utility Patent;

2.      requiring Vertical to recall any and all articles of manufacture to which the design of the Asserted Design Patents has been applied and/or embodying the claims of the Asserted Utility Patent;

3.      requiring Vertical to publicly disclaim any rights to current or future designs of aircraft that infringe the Asserted Design Patents and/or Asserted Utility Patent; and

D.      A judgment against Vertical for Vertical's total profits of any article of manufacture to which the claimed design the Asserted Design Patents has been applied as a result of Vertical's infringement of the Asserted Design Patents in an amount to be determined at trial as provided under 35 U.S.C. § 289 and for monetary damages sustained as a result of Vertical's infringement of the Asserted Design Patents in an amount to be determined at trial as provided under 35 U.S.C. § 284, whichever is elected by Archer at trial;

E.      An accounting of Defendants' profits pursuant to 35 U.S.C. § 289;

F.      A judgment against Vertical awarding damages adequate to compensate for Defendants' infringement of the Asserted Utility Patent, but in no event less than a reasonably royalty for the use made of the Asserted Utility Patent by Defendants, together with interest and costs as fixed by the court pursuant to 35 U.S.C. § 284;

G.      An Order declaring this to be an exceptional case under 35 U.S.C. § 285 and awarding Archer its attorney's fees and costs;

H.      An Order awarding pre- and post-judgment interest on the damages caused by Vertical's infringing activities and other conduct set forth above; and

I.      Such other relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, Archer respectfully demands a trial by jury on all issues properly triable by a jury.

Dated: February 23, 2026                    Respectfully submitted,

                                            /s/ *Eric H. Findlay*
                                            Eric H. Findlay (TX Bar No. 00789886)
                                            efindlay@findlaycraft.com
                                            **FINDLAY CRAFT, P.C.**
                                            7270 Crosswater Avenue, Suite B
                                            Tyler, Texas 75703
                                            Telephone: 903-534-1100

                                            Josh Krevitt
                                            Stuart M. Rosenberg
                                            GIBSON, DUNN, & CRUTCHER, LLP
                                            310 University Avenue
                                            Palo Alto, CA 94301-1744
                                            (650) 849-5300

                                            Rajeev Gupta
                                            Anand K. Sharma
                                            Elizabeth D. Ferrill
                                            Karthik Kumar
                                            Sydney R. Kestle
                                            Meredith H. Boerschlein
                                            Emma L. Capitanelli
                                            FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP
                                            901 New York Avenue, N.W.
                                            Washington, D.C. 20001-4413
                                            (202) 408-4000

                                            Alexander M. Boyer
                                            FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP
                                            1875 Explorer Street
                                            Suite 800
                                            Reston, VA 20190-6023
                                            (571) 203-2700

                                            ***Attorneys for Plaintiff Archer Aviation Inc.***