IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AVIATION INC., | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. 2:26-CV-00149-JRG |
| VERTICAL AEROSPACE LTD. and VERTICAL AEROSPACE GROUP LTD., | | |
| *Defendants.* | | |

**ORDER**

Before the Court is the Motion to Dismiss Plaintiff's Complaint for Patent Infringement Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") filed by Defendants Vertical Aerospace Ltd. and Vertical Aerospace Group Ltd.  ("Defendants"). (Dkt. No. 16.) In the Motion, Defendant seeks to dismiss Plaintiff Archer Aviation Inc.'s ("Plaintiff") Complaint pursuant to 12(b)(6) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Since the filing of the Motion, Plaintiff has filed its Amended Complaint for Patent Infringement against Defendant. (Dkt. No. 38.)

It is well established that a later-filed amended complaint moots a motion asking the Court to dismiss an earlier-filed complaint. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions … moot."); *see also Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot."); *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots a motion to dismiss the original complaint.").

Accordingly, the Court finds that the Motion (Dkt. No. 16) should be and hereby is

**DENIED AS MOOT**.

**So ORDERED and SIGNED this 15th day of June, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE